■ ESTHER S. SCHNEIDER et al., Respondents, v ALMA G. PHELPS, also Known as ALMA G. DE BRAULT, Appellant.—In an action to foreclose a second mortgage on real property, in which an order was entered granting plaintiffs summary judgment, defendant appeals from a later order of the Supreme Court, Westchester County, dated August 8, 1975, which denied her motion, *inter alia,* to vacate said prior order. Order affirmed, without costs, upon the memorandum at Special Term. Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Munder, JJ., concur.

■ SOL SILVER, Appellant, v ELAINE SILVER, Respondent.—The respective attorneys for the parties on this appeal from an order of the Supreme Court, Nassau County, entered September 30, 1975, have agreed that the appeal be withdrawn, without costs, after a conference in this court before Mr. Justice Gittleson held on November 25, 1975, and they thereupon signed a stipulation which, *inter alia,* so provided. In accordance with the foregoing, the appeal is deemed withdrawn, without costs, and it is ordered that the case proceed to trial on February 9, 1976. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

■ HUGH TAYLOR, as Executor of DOROTHY S. FAIRFAX, Deceased, Respondent, v BETTY BOWNE, Appellant.—In an action *inter alia* to impress a constructive trust upon certain real property, defendant appeals from an order of the Supreme Court, Westchester County, dated April 17, 1973, which denied her motion for summary judgment and dismissal of the complaint. Order affirmed, without costs. The papers submitted on the motion present a question of fact as to whether defendant and plaintiff's testatrix intended to enter into a novation, substituting the obligation to pay under a mortgage for the obligation to reconvey the real property in question upon request of plaintiff's testatrix. Hopkins, Acting P. J., Cohalan, Christ and Brennan, JJ., concur; Shapiro, J., dissents and votes to reverse the order and grant the motion, with the following memorandum: In my opinion, there was a novation in this case.